**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**AMANDA MULLEN**                                                       **PLAINTIFF**

**V.**                          **CASE NO. 5:18-CV-275-BSM-BD**

**DREW COUNTY DETENTION**
**FACILITY and DOES**                                            **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.    **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief

Judge Brian S. Miller. Ms. Mullen may file written objections to this Recommendation if

she wishes. Objections should be specific and should include the factual or legal basis for

the objection. To be considered, objections must be received in the office of the Court

Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without

independently reviewing the record. By not objecting, Ms. Mullen may waive the right to

appeal questions of fact.

**II.**    **Discussion:**

Amanda Mullen, an inmate at the Drew County Detention Facility, filed this

federal civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket

entry #1) The Court ordered Ms. Mullen to submit a completed application to proceed *in*

*forma pauperis* ("IFP") or pay the filing fee within 30 days of October 30, 2018. (#2) To

date, Ms. Mullen has failed to comply with the Court's October 30, 2018 Order, and the

time for doing so has passed. The Court specifically cautioned Ms. Mullen that her claims would be dismissed if she failed to address the filing fee requirement. (#2)

## III.  <u>Conclusion</u>:

The Court recommends that Ms. Mullen's claims be DISMISSED, without prejudice, based on her failure to comply with this Court's October 30, 2018 Order and her failure to prosecute this lawsuit.

DATED, this 4th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE