# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

AMANDA MULLEN                                                                PLAINTIFF

v.                              CASE NO. 5:18-CV-00275 BSM

DREW COUNTY DETENTION FACILITY, et al.                          DEFENDANTS

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and this case is dismissed without prejudice for a failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE